NO OPINION
EVER ISSUED
BY THIS
NUMBER
3986